**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DOMENEQUE TAYLOR**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:21-CV-00866-BSM**

**ANTONIO MCNUTT and
ADAM GORTNEY**                                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE